UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                CASE NO. 3:23CR78-MCR

AINSLEY BROWN,

    Defendant.
_____/

## FINAL ORDER OF FORFEITURE

The United States has filed a Motion for Entry of Final Order of Forfeiture (ECF No. 137) pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for the following assets which were subject to a Preliminary Order of Forfeiture (ECF No. 98):

    **A.**    **United States currency totaling $10,890.00 seized on or about August 22, 2023, from AINSLEY J. BROWN; and**
    **B.**    **A 2020 Chevrolet Silverado 1500 LT with VIN# 3GPWCED8LG119506.**

Pursuant to Rule 32.2 (b)(4)(A) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture became final as to the defendant at the time of sentencing.

1

In accordance with 21 U.S.C. § 853(n), the United States properly noticed the parties known to have a potential interest in the assets. Santander Consumer USA, Inc. filed a petition. ECF No. 120.  Santander's interest has been recognized via a settlement agreement. ECF No. 131. No other parties or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Also, in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov.  ECF No. 136.  The publication gave notice to all third parties with a legal interest in the assets to file a petition to adjudicate their interests within sixty days of the first date of publication.  No persons or entities filed a petition or claimed an interest in the assets in response to the publication, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion, is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), all right, title, and interest in the assets are CONDEMNED and

FORFEITED to the United States for disposition according to law. Clear title to the assets is now vested in the United States of America.

**SO ORDERED** this 18th day of April 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**